**PROPOSED ORDER/COVER SHEET**

**TO:** Honorable Susan van Keulen
Chief Magistrate Judge

**RE:** Victor Wallander Torres

**FROM:** Silvio Lugo, Chief
U.S. Pretrial Services Officer

**Docket No.:** 5:25-cr-00438-PCP-1

**Date:** August 26, 2026

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Carolyn Truong | 408 857 5174 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

1. The defendant is subject to home detention on Saturdays and Sundays and may only leave for employment, attorney visits, or medical appointments. The defendant's curfew remains 9:00 p.m. to 6:00 a.m. on Mondays to Fridays.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

Susan van Keulen (signature) ______________________
**JUDICIAL OFFICER**

August 27, 2026
**DATE**